450 A.2d 225

Farris etc., Appellants v. Pennsbury School District et al.

Argued June 7, 1982. Richard Fink, for appellants; Glenn David Hains, for Pennsbury, appellee; and William T. Renz, for Neiger, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment affirmed.

450 A.2d 226

First Mercantile Con. Dis. Co. v. Chandler, Appellant.

Argued September 10, 1981. Paul A. Lockrey, for appellant; Alan B. Liss, for appellee.

Before HESTER, McEWEN and SHERTZ, JJ.

The order of the learned Philadelphia County Common Pleas Court President Judge Edward J. Bradley is affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.